**Order entered March 10, 2021**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00034-CV

### IN RE RODNEY TURNIPSEED AND DALLAS CONTAINER CORPORATION, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06444**

## ORDER

Before Justices Myers, Partida-Kipness, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** relators' petition for writ of mandamus, and deny the motion for stay as moot.

/s/     ROBBIE PARTIDA-KIPNESS
JUSTICE